IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kenneth M. Grose<br>Natonda T. Grose<br>Debtors | )<br>)<br>)<br>) | Chapter 13<br><br>No. 19-13071-JKF |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                      /s/David M. Offen
                                      David M. Offen
                                      Attorney for Debtor

Date:8/23/19