IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :       Chapter 13

Kenneth M Grose                 :       No.  19-13071-JKF
Natonda T Grose
  Debtor

**<u>PRAECIPE  TO  WITHDRAW</u>**

Pursuant to the above-captioned matter, kindly withdraw the Amended Chapter 13 Plan filed on October 28, 2019.

<u>/s/ David M. Offen</u>
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  October 29, 2019