IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

KENNETH M GROSE :
NATONDA T. GROSE
        DEBTOR(S) : BANKRUPTCY NO. 19-13071-AMC

## ORDER

AND NOW, IT IS ORDERED that the *Order Confirming Chapter 13 Plan* entered on July 15, 2020 (Docket #56) is VACATED having been entered in error by the clerks' office, and it is

FURTHER ORDERED that a continued Confirmation Hearing shall be held on **August 19, 2020 at 10:00 a.m. in Courtroom No. 4**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107.

BY THE COURT:

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

Dated: July 22, 2020