United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13071-amc
Kenneth M. Grose                                                        Chapter 13
Natonda T. Grose
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2              Date Rcvd: Jul 22, 2020
                              Form ID: 152            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
```
db/jdb         +Kenneth M. Grose,    Natonda T. Grose,    1319 Foulkrod Street,    Philadelphia, PA 19124-5902
14323279       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14323283       +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
14323284       +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14323286        PHFA,    PO Box 8028,    Harrisburg, PA 17105-8028
14342423       +Philadelphia Municipal Court,    Traffic Division,    800 Spring Garden Street,
                 Philadelphia PA 19123-2616
14323288       +Trumark Financial Credit Union,    Attn: Bankruptcy,    335 Commerce Dr,
                 Fort Washington, PA 19034-2712
14354227       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,     211 North Front Street,
                 Harrisburg, PA 17101-1406
14351250       +US Bank National Association,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14323290       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 23 2020 04:44:03     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2020 04:43:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 23 2020 04:44:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14385411        E-mail/Text: megan.harper@phila.gov Jul 23 2020 04:44:03     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
14323275        E-mail/Text: megan.harper@phila.gov Jul 23 2020 04:44:04     City of Philadelphia,
                 Law Dept Tax Unit,    Bankruptcy Group MSB,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
14323276       +E-mail/Text: convergent@ebn.phinsolutions.com Jul 23 2020 04:43:59
                 Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
14323280       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 23 2020 04:44:10     Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,    Po Box 4477,    Beaverton, OR 97076-4401
14325449        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:58:50     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14323282       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 23 2020 04:43:45     PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14323281       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 23 2020 04:43:45     PECO,    P.O. Box 8699,
                 Philadelphia, PA 19101-8699
14323285       +E-mail/Text: blegal@phfa.org Jul 23 2020 04:43:55     PHFA,    211 North Front Street,
                 Harrisburg, PA 17101-1466
14339589       +E-mail/Text: bankruptcy@philapark.org Jul 23 2020 04:44:08     Philadelphia Parking Authority,
                 701 Market St, Suite 5400,    Philadelphia, Pa 19106-2895
14346287       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2020 04:43:58     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14355210        E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 04:43:46
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
14323287       +E-mail/Text: bankruptcy@sw-credit.com Jul 23 2020 04:43:54     Southwest Credit Systems,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
14331170       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 23 2020 04:58:15     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14323289       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 23 2020 04:43:38
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14323277       ##First Premier Bank
14323278       ##First Premier Bank
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                    Date Rcvd: Jul 22, 2020
                              Form ID: 152                Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Natonda T. Grose dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Kenneth M. Grose dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kenneth M. Grose and Natonda T. Grose

    Debtor(s)

Case No: 19−13071−amc

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/19/20 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court