| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13071-AMC**

KENNETH M. GROSE
NATONDA T. GROSE
1319 FOULKROD STREET
PHILADELPHIA  PA    19124

Petition Filed Date: 05/10/2019
341 Hearing Date: 07/12/2019
Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2019 | $320.00 | MoneyGram Pa | 06/18/2019 | $160.00 | 156142 | 07/08/2019 | $160.00 | 156315 |
| 07/23/2019 | $160.00 | 156469 | 07/31/2019 | $160.00 | 156578 | 08/20/2019 | $160.00 | 156726 |
| 08/26/2019 | $160.00 | 156795 | 09/10/2019 | $160.00 | 156971 | 10/01/2019 | $160.00 | 157176 |
| 10/10/2019 | $160.00 | 157271 | 10/23/2019 | $160.00 | 157373 | 11/15/2019 | $160.00 | 157530 |
| 11/26/2019 | $160.00 | 157732 | 12/10/2019 | $160.00 | 157847 | 12/26/2019 | $320.00 | 158044 |
| 01/15/2020 | $160.00 | 158173 | 01/27/2020 | $160.00 | 158301 | 02/05/2020 | $160.00 | 158439 |
| 02/25/2020 | $160.00 | 158575 | 03/10/2020 | $160.00 | 158731 | 03/23/2020 | $160.00 | 158841 |
| 04/28/2020 | $160.00 | 159111 | 05/11/2020 | $160.00 | 159181 | 05/22/2020 | $160.00 | 159249 |
| 05/27/2020 | $160.00 | 159304 | 06/16/2020 | $160.00 | 159390 | 06/24/2020 | $160.00 | 159553 |
| 07/22/2020 | $320.00 | 159680 | | | | | | |

**Total Receipts for the Period:  $4,960.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,960.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

**Chapter 13 Case No. 19-13071-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,960.00 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $0.00 | Arrearages: | $160.00 |
| Paid to Trustee: | $466.88 | Total Plan Base: | $13,120.00 |
| Funds on Hand: | $4,493.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.