| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13071-AMC

KENNETH M. GROSE  
NATONDA T. GROSE  
1319 FOULKROD STREET  
PHILADELPHIA  PA   19124

Petition Filed Date: 05/10/2019  
341 Hearing Date: 07/12/2019  
Confirmation Date: 10/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $160.00 | 158173 | 01/27/2020 | $160.00 | 158301 | 02/05/2020 | $160.00 | 158439 |
| 02/25/2020 | $160.00 | 158575 | 03/10/2020 | $160.00 | 158731 | 03/23/2020 | $160.00 | 158841 |
| 04/28/2020 | $160.00 | 159111 | 05/11/2020 | $160.00 | 159181 | 05/22/2020 | $160.00 | 159249 |
| 05/27/2020 | $160.00 | 159304 | 06/16/2020 | $160.00 | 159390 | 06/24/2020 | $160.00 | 159553 |
| 07/22/2020 | $320.00 | 159680 | 08/18/2020 | $160.00 | 159917 | 08/25/2020 | $160.00 | 159979 |
| 09/08/2020 | $185.61 | 160088 | 09/15/2020 | $160.00 | 160144 | 09/22/2020 | $160.00 | 160175 |
| 10/06/2020 | $160.00 | 160366 | 10/19/2020 | $160.00 | 160421 | 11/02/2020 | $160.00 | 160535 |
| 11/25/2020 | $160.00 | 160726 | 12/02/2020 | $160.00 | 160782 | 12/08/2020 | $160.00 | 160807 |
| 01/04/2021 | $160.00 | 160946 | 01/20/2021 | $160.00 | 161064 | 01/26/2021 | $160.00 | 161151 |
| 02/10/2021 | $160.00 | 161301 | 03/01/2021 | $160.00 | 161371 | 03/22/2021 | $160.00 | 161506 |
| 03/29/2021 | $160.00 | 161630 | 04/13/2021 | $160.00 | 161733 | 04/21/2021 | $160.00 | 161816 |
| 05/06/2021 | $160.00 | 161909 | 05/26/2021 | $160.00 | 162022 | 06/02/2021 | $160.00 | 162105 |

**Total Receipts for the Period: $5,945.61    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,665.61**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $866.93 | $0.00 | $866.93 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $513.96 | $0.00 | $513.96 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,840.74 | $0.00 | $1,840.74 |
| 4 | PHILADELPHIA PARKING AUTHORITY<br>»» 004 | Unsecured Creditors | $2,220.00 | $0.00 | $2,220.00 |
| 5 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 005 | Unsecured Creditors | $1,395.25 | $0.00 | $1,395.25 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $525.32 | $0.00 | $525.32 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $399.61 | $0.00 | $399.61 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $466.91 | $0.00 | $466.91 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 09S | Secured Creditors | $419.78 | $184.80 | $234.98 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 09U | Unsecured Creditors | $614.95 | $0.00 | $614.95 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | PHILADELPHIA GAS WORKS<br>»» 10S | Secured Creditors | $482.83 | $212.56 | $270.27 |
| 12 | PHILADELPHIA GAS WORKS<br>»» 10U | Unsecured Creditors | $1,259.65 | $0.00 | $1,259.65 |
| 13 | PA HOUSING FINANCE AGENCY<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $313.26 | $0.00 | $313.26 |
| 15 | PHILADELPHIA GAS WORKS<br>»» 013 | Unsecured Creditors | $473.12 | $0.00 | $473.12 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $6,409.79 | $2,948.06 | $3,461.73 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,249.00 | $4,249.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,665.61 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $7,594.42 | Arrearages: | ($345.61) |
| Paid to Trustee: | $765.42 | Total Plan Base: | $13,120.00 |
| Funds on Hand: | $305.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.