IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :        Chapter 13

Kenneth M. Grose                 :        Case No. 19-13071-AMC

    Debtor

**ORDER**

AND NOW, this _____ day of _____, 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

Date: July 25, 2022

_____
**HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**