United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-13071-amc
Kenneth M. Grose                                                                          Chapter 13
Natonda T. Grose
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth M. Grose, Natonda T. Grose, 1319 Foulkrod Street, Philadelphia, PA 19124-5902 |
| 14323284 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14323283 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14323286 | | PHFA, PO Box 8028, Harrisburg, PA 17105-8028 |
| 14342423 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia PA 19123-2616 |
| 14354227 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14351250 | + | US Bank National Association, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 26 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14385411 | | Email/Text: megan.harper@phila.gov | Jul 26 2022 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14323275 | | Email/Text: megan.harper@phila.gov | Jul 26 2022 00:11:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14323276 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 26 2022 00:11:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 14323279 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 26 2022 00:14:45 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14323280 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 26 2022 00:11:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14325449 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2022 00:14:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14323282 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 26 2022 00:11:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14323281 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 26 2022 00:11:00 | PECO, P.O. Box 8699, Philadelphia, PA 19101-8699 |
| 14323285 | + | Email/Text: blegal@phfa.org | Jul 26 2022 00:11:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14339589 | + | Email/Text: bankruptcy@philapark.org | Jul 26 2022 00:11:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |

Case 19-13071-amc    Doc 97    Filed 07/27/22    Entered 07/28/22 00:33:37    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

| 14346287 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2022 00:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14355210 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2022 00:11:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14323287 | + | Email/Text: bankruptcy@sw-credit.com | Jul 26 2022 00:11:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14331170 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2022 00:14:40 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14323288 | + | Email/Text: dbogucki@trumark.org | Jul 26 2022 00:11:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14323289 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 26 2022 00:11:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14323290 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 26 2022 00:24:54 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14323277 | | First Premier Bank |
| 14323278 | | First Premier Bank |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

**Name** **Email Address**

DAVID M. OFFEN
    on behalf of Joint Debtor Natonda T. Grose dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
    on behalf of Debtor Kenneth M. Grose dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

LEON P. HALLER
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kenneth M. Grose and Natonda T. Grose

        Debtor(s)

Case No: 19−13071−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/25/22

95 − 89
Form 138OBJ