| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13071-AMC

KENNETH M. GROSE  
NATONDA T. GROSE  
1319 FOULKROD STREET  
PHILADELPHIA  PA    19124

Petition Filed Date: 05/10/2019  
341 Hearing Date: 07/12/2019  
Confirmation Date: 10/28/2020

Case Status: Completed on 7/ 5/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $160.00 | 161733 | 04/21/2021 | $160.00 | 161816 | 05/06/2021 | $160.00 | 161909 |
| 05/26/2021 | $160.00 | 162022 | 06/02/2021 | $160.00 | 162105 | 06/22/2021 | $160.00 | 162240 |
| 07/01/2021 | $160.00 | 162363 | 07/20/2021 | $160.00 | 162470 | 07/29/2021 | $160.00 | 162562 |
| 08/17/2021 | $160.00 | 162652 | 08/25/2021 | $160.00 | 162762 | 09/10/2021 | $160.00 | 162879 |
| 09/28/2021 | $160.00 | 162990 | 10/13/2021 | $160.00 | 163127 | 10/26/2021 | $160.00 | 163204 |
| 11/09/2021 | $160.00 | 163333 | 11/22/2021 | $160.00 | 163404 | 12/01/2021 | $160.00 | 163507 |
| 12/20/2021 | $160.00 | 163602 | 01/03/2022 | $160.00 | 163716 | 01/19/2022 | $160.00 | 163797 |
| 02/01/2022 | $160.00 | 163909 | 02/22/2022 | $160.00 | 164011 | 02/28/2022 | $160.00 | 164127 |
| 03/11/2022 | $160.00 | 164209 | 03/28/2022 | $160.00 | 164333 | 04/07/2022 | $160.00 | 164418 |
| 04/19/2022 | $160.00 | 164519 | 05/09/2022 | $160.00 | 164636 | 05/25/2022 | $160.00 | 164746 |
| 06/07/2022 | $160.00 | 164823 | 06/22/2022 | $160.00 | 164923 | 07/05/2022 | $160.00 | 165002 |
| 07/15/2022 | $160.00 | 165123 | | | | | | |

**Total Receipts for the Period: $5,440.00   Amount Refunded to Debtor Since Filing: $185.61   Total Receipts Since Filing: $13,305.61**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $866.93 | $32.74 | $834.19 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $513.96 | $19.41 | $494.55 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $1,840.74 | $69.51 | $1,771.23 |
| 4 | PHILADELPHIA PARKING AUTHORITY<br>»» 004 | Unsecured Creditors | $2,220.00 | $83.84 | $2,136.16 |
| 5 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 005 | Unsecured Creditors | $1,395.25 | $52.69 | $1,342.56 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $525.32 | $19.83 | $505.49 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $399.61 | $15.09 | $384.52 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $466.91 | $17.63 | $449.28 |
| 9 | PHILADELPHIA GAS WORKS<br>»» 09S | Secured Creditors | $419.78 | $419.78 | $0.00 |
| 10 | PHILADELPHIA GAS WORKS<br>»» 09U | Unsecured Creditors | $614.95 | $23.22 | $591.73 |

| | | | | | |
|---|---|---|---|---|---|
| 11 | PHILADELPHIA GAS WORKS<br>»» 10S | Secured Creditors | $482.83 | $482.83 | $0.00 |
| 12 | PHILADELPHIA GAS WORKS<br>»» 10U | Unsecured Creditors | $1,259.65 | $47.57 | $1,212.08 |
| 13 | PA HOUSING FINANCE AGENCY<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $313.26 | $11.83 | $301.43 |
| 15 | PHILADELPHIA GAS WORKS<br>»» 013 | Unsecured Creditors | $473.12 | $17.87 | $455.25 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $6,409.79 | $6,409.79 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,249.00 | $4,249.00 | $0.00 |
| 0 | KENNETH M. GROSE | Debtor Refunds | $185.61 | $185.61 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,305.61 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $12,158.24 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,147.37 | Total Plan Base: | $13,120.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.